JOHN C. CRUDEN
Assistant Attorney General
Environment & Natural Resources Division
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
J. BRETT GROSKO, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0342
Facsimile: (202) 305-0275
Email: brett.grosko@usdoj.gov

*Counsel for Federal Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR; S.M.R. JEWELL, in her official capacity as Secretary of the Interior; U.S. FISH AND WILDLIFE SERVICE; DAN ASHE, Director of the U.S. Fish and Wildlife Service, <br><br> *Federal Defendants*. | CASE NO. 3:15-cv-658-JCS |

**STIPULATION TO EXTEND THE TIME TO RESPOND TO OR ANSWER THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6.1(a), the parties stipulate to a 17-day extension of time for Federal Defendants to respond to or answer the complaint, and in support state:

1

1. On February 12, 2015, Plaintiff filed its Complaint in this action. On February 17, 2015, Plaintiff served its Complaint on the Federal Defendants. The Federal Defendants' response or answer is currently due April 20, 2015. Fed. R. Civ. Proc. 12(a).

2. The Federal Defendants require a 17-day extension to answer or respond to the Complaint, through May 7, 2015.

3. This extension is warranted due to the heavy litigation docket of undersigned counsel for Federal Defendants, who has been engaged in responding to and filing multiple motions in *Wild Fish Conservancy v. Irving*, No. 14-306 (E.D. Wash.). A hearing on those motions is currently scheduled in Spokane, Washington for April 30, 2015.

4. The instant stipulation does not affect any deadline apart from the Federal Defendants' response or answer deadline.

WHEREFORE, the parties stipulate to extend the deadline for Federal Defendants' response or answer to the Complaint up through and including May 7, 2015.

Respectfully submitted this 16th day of April, 2015,



JOHN C. CRUDEN
Assistant Attorney General
Environment & Natural Resources Division
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
J. BRETT GROSKO, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0342
Facsimile: (202) 305-0275
Email: brett.grosko@usdoj.gov

Dated: April 20, 2015

*Counsel for Federal Defendants*

*Of Counsel*

James Monroe, Esq.
U.S. Department of the Interior
Office of the Solicitor

*/s/ Justin Augustine* (with permission)
_____
Justine Augustine (CA Bar No. 235561)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA  94104
Tel: (415) 436-9682
Fax: (415) 436-9683
jaugustine@biologicaldiversity.org

Colette L. Adkins Giese (MN Bar No. 035059X)
(admitted *pro hac vice*)
Center for Biological Diversity
P.O. Box 339
Circle Pines, MN  55014-0339
Tel: (651) 955-3821
Fax: (415-436-9483
cadkinsgiese@biologicaldiversity.org