

**U.S. Department of Justice**

Environment and Natural Resources Division

JBG:ekj
90-8-6-07823

*Wildlife and Marine Resources Section*  *Telephone (202) 305-0210*
*P.O. Box 7611*  *Facsimile (202) 305-0275*
*Washington, DC  20044*

April 21, 2015

<u>Via Federal Express</u>

U.S. Magistrate Judge Joseph C. Spero
United States District Court for the
 Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

      Re:   <u>Center for Biological Diversity et al. v. Salazar et al.</u>, Case No. 3:15-cv-658-JCS
            (N.D. Cal.) and Request Leave to Appear By Phone

Dear Magistrate Judge Spero:

    I would like to respectfully request leave to appear by telephone at the case management conference scheduled in the above matter for May 15, 2015, at 2:00 p.m.  If you have any questions concerning this request, please feel free to contact me at the number below.

Sincerely,

/s/ J. Brett Grosko

J. Brett Grosko
Trial Attorney
(202) 305-0342

IT IS HEREBY ORDERED that Mr. Grosko shall be phone standby beginning at 2:00 PM and await the Court's call.
Dated: 4/24/15

cc:   All counsel of record



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero