1001 Pennsylvania Avenue, N.W., Washington, DC  20004-2595 ▪ p202 624-2500 ▪ f202 628-5116



Kirsten L. Nathanson
(202) 624-2887
knathanson@crowell.com

May 11, 2015

**Via Federal Express**

U.S. Magistrate Judge Joseph C. Spero
United States District Court for the
  Northern District of California
450 Golden Gate Avenue
San Francisco, California  94102

Re:   *Center for Biological Diversity v. Salazar, et al.*, Case No. 3:15-cv-658-JCS (N.D. Cal.)
Request for Proposed Intervenor to Listen by Phone to Upcoming Proceedings

Dear Magistrate Judge Spero:

On May 6, 2015, the undersigned counsel filed a motion on behalf of CropLife America ("CropLife") to intervene as a defendant in the above-referenced case, and that motion is pending.  CropLife and counsel have reviewed the Rule 26(f) Report filed by the parties on May 8, 2015 and have an interest in the opportunity to hear the proceedings at the upcoming case management conference scheduled for May 15, 2015 at 2:00 p.m.  Because CropLife's lead counsel is in Washington, D.C., CropLife as a proposed intervenor respectfully asks the Court for leave to listen to the May 15 proceedings by telephone.

CropLife has submitted this request as soon as practicable following review of the May 8 Rule 26(f) Report.  Croplife contacted the parties regarding this request.  Plaintiffs do not oppose, and Defendants took no position.

CropLife can provide a conference dial-in if that would be of assistance to the court.  Thank you for your consideration of this request.

Dated: 5/13/15

Counsel shall be on phone standby and await the Court's call.

Sincerely yours,

Kirsten L. Nathanson
Counsel for CropLife
(202) 624-2887

IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

cc:   All counsel of record