**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

CENTER FOR BIOLOGICAL DIVERSITY,

Plaintiff,

v.

U.S. DEPARTMENT OF THE INTERIOR; S.M.R. JEWELL, in her official capacity as Secretary of the Interior; U.S. FISH AND WILDLIFE SERVICE; DAN ASHE, Director of the U.S. Fish and Wildlife Service,

Defendants,

CROPLIFE AMERICA,

Defendant-Intervenor.

CASE NO. 3:15-cv-658-JCS

**STATUS REPORT AND STIPULATION FOR EXTENSION OF STAY**

Pursuant to the Court's November 3, 2015, Order, Dkt. No. 65, Plaintiff, the Center for Biological Diversity, and Federal Defendants, the U.S. Department of the Interior, *et al.*, and Intervenor-Defendant Croplife America file the following status report and request a 7-day extension of the current stay to allow the Parties to finalize a proposed settlement agreement, and in support state:

1. The Parties filed their joint motion for a 60-day stay, Dkt. No. 64, on November 2, 2015. The Court granted that motion on November 3, 2015, staying the case through January 2, 2016. Dkt. No. 65. The Plaintiff and Federal Defendants next reached an agreement in principle on December 17, 2015. Thereafter, the Court granted a 27-day extension of the stay through January 29, 2016, to permit the Parties to finalize and undertake the final review and

approval process for the proposed settlement agreement. Dkt. No. 67. Most recently, on January 22, 2016, the Court granted an 18-day extension of the stay of this case through February 16, 2016. Dkt. No. 69.

2. The agreement in principle continues to undergo final review and approval by the appropriate supervisory officials at the Departments of Justice and the Interior. Due to the spate of winter weather causing the federal government to close for some or all of January 25-28, 2016, this process has taken slightly longer than previously anticipated. Accordingly, to preserve the Parties' and the Court's resources, the Parties request a 7-day extension of the stay of this case to allow ample time for the above-described activities.

3. Intervenor CropLife America ("CropLife") is aware that Plaintiff and Defendants have reached an agreement in principle. CropLife is continuing to evaluate the specific language of the draft agreement and will communicate a final position prior to the filing of the final agreement with the Court. Croplife does not object to the requested extension of the current stay.

4. This Court has authority to extend the current stay pursuant to its "inherent authority to control its own docket and calendar." *Yong v. INS*, 208 F.3d 1116, 1119 (9th Cir. 2000); *see also Landis v. North American Co.*, 299 U.S. 248 (1936).

THEREFORE, in light of the above, the Parties request a 7-day extension of the stay of this case, through February 23, 2016, to permit the Parties to finalize and undertake the final review and approval process for the proposed settlement agreement.

Respectfully submitted this 9th day of February,

Respectfully Submitted,

JOHN C. CRUDEN
Assistant Attorney General
SETH M. BARSKY, Chief
S. JAY GOVINDAN
Assistant Chief

*/s/ J. Brett Grosko*
___________________________
J. BRETT GROSKO, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044-7611
Phone: (202) 305-0342
Fax: (202) 305-0275
Email: brett.grosko@usdoj.gov

*Attorneys for Federal Defendants*

*/s/ Collette Adkins* (with permission)
_____________________________
Collette Adkins (MN Bar # 035059X)
Justin Augustine (CA Bar # 235561)
CENTER FOR BIOLOGICAL DIVERSITY
SAN FRANCISCO BAY AREA OFFICE
351 California Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 436-9682
Facsimile: (415) 436-9683'
cadkins@biologicaldiversity.org
jaugustine@biologicaldiversity.org

*Attorneys for Plaintiff*

*/s/ Kirsten L. Nathanson* (with permission)
____________________________
CROWELL & MORING LLP
Kirsten L. Nathanson (DC Bar #463992)*
Thomas Lundquist (DC Bar # 968123)*

Sherrie A. Armstrong (DC Bar #1009642)*
1001 Pennsylvania Avenue, NW
Washington, DC 20004
T: (202) 624-2500 F: (202) 628-5116

CROWELL & MORING LLP
Tracy E. Reichmuth (SBN 215458)
275 Battery Street, 23rd Floor
San Francisco, CA 94111
T: (415) 365-7821 F: (415) 986-2827

**Admitted pro hac vice*

*Attorneys for Defendant-Intervenor CropLife America*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
Judge Joseph C. Spero
NORTHERN DISTRICT OF CALIFORNIA

_______________________________
United States M

Dated: February 10, 2016